UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| E. DANIEL SHEA, | Case No. 2:17-cv-02481-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALBERT K. KWAN, | |
| Defendant. | |

Before the court is the parties' Joint Status Report which requests a second session of a settlement conference sometime during the week of March 19, 2018. This date is unavailable as it falls during this court's criminal duty week. Chambers staff attempted to coordinate a mutually convenient date with counsel but was informed Mr. Albregts has been out of the office following an accident. The court will therefore set the second session on its next available date.

**IT IS ORDERED** that a second session of a settlement conference is scheduled for **9:30 a.m., April 13, 2018** in Chambers Room 3071.

DATED this 20th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE