MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
**SMITH & SHAPIRO**
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com

*Attorneys for Plaintiff, E. Daniel Shea*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| E. DANIEL SHEA, an individual, ) | CASE NO.: 2:17-cv-02481 |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER RE-SETTING SETTLEMENT CONFERENCE** |
| v. ) | |
| ) | |
| ALBERT K. KWAN, an individual, ) | |
| Defendant. ) | |

The undersigned parties stipulate that the settlement conference set for April 13, 2018 before Magistrate Judge Peggy Leen shall be continued to August 16, 2018 at 1:30 p.m.

Dated this 12th day of April, 2018.        Dated this 12th day of April, 2018.

 /s/ Michael D. Rawlins, Esq.              /s/ Jeffrey R. Albregts, Esq.
MICHAEL D. RAWLINS, ESQ.                JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 5467                     Nevada Bar No. 0066
**SMITH & SHAPIRO**                     **JEFFREY R. ALBREGTS, LLC**
3333 E. Serene #130                     701 Shadow Lane, Suite 150
Henderson, NV 89074                     Las Vegas, NV 89106
*Attorneys for Plaintiff, E. Daniel Shea*   *Attorney for Albert Kwan*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that as the initial settlement conference was conducted February 1, 2018, and the second session has been set after protracted efforts to arrange mutually agreeable dates, no further extensions will be granted. If the case does not settle, a final discovery plan and scheduling order will be entered to get this case ready for trial expeditiously.

Dated: April 19, 2018

_____
Peggy A. Leen
U.S. Magistrate Judge