MICHAEL D. RAWLINS, ESQ.
Nevada Bar No. 5467
**SMITH & SHAPIRO**
3333 E. Serene Ave., Ste. 130
Las Vegas, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com

*Attorneys for Plaintiff, E. Daniel Shea*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| E. DANIEL SHEA, an individual, | ) | CASE NO.: 2:17-cv-02481 |
| | ) | |
| Plaintiff, | ) | **STIPULATION / ORDER FOR** |
| | ) | **DISMISSAL** |
| v. | ) | |
| | ) | |
| ALBERT K. KWAN, an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff E. Daniel Shea and Defendant Albert K. Kwan stipulate to the dismissal with prejudice of all claims and counterclaims in this action, each party to bear its own attorneys' fees and costs incurred herein.

All claims against all parties have now been dismissed, and this matter may be closed, but pursuant to the parties' Settlement Agreement, the Court retains jurisdiction to resolve disputes

////

////

////

////

////

////

////

relating to the Settlement Agreement.

Dated this 29th day of October, 2018.              Dated this 29th day of October, 2018.

  /s/ Michael D. Rawlins, Esq.                       /s/ Jeffrey R. Albregts, Esq.
MICHAEL D. RAWLINS, ESQ.                           JEFFREY R. ALBREGTS, ESQ.
Nevada Bar No. 5467                                Nevada Bar No. 0066
**SMITH & SHAPIRO**                                **JEFFREY R. ALBREGTS, LLC**
3333 E. Serene #130                                701 Shadow Lane, Suite 150
Henderson, NV 89074                                Las Vegas, NV 89106
*Attorneys for Plaintiff, E. Daniel Shea*          *Attorney for Albert Kwan*

IT IS SO ORDERED: November 1, 2018.

_____
UNITED STATES DISTRICT JUDGE